MINUTE ENTRY
GUIDRY, J.
November 19, 2019

JS10 - 00:18

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 19-83 |
| JUAN ARMSTEAD | SECTION "T" |

COURT REPORTER:  Toni Tusa
COURTROOM DEPUTY:  Dedra D. Pongracz

APPEARANCES:    Duane Evans, Counsel for the government
                Jerrod Edward Thompson-Hicks, Counsel for the defendant
                Juan Armstead, Defendant

## RE-ARRAIGNMENT

Case called 10:45 a.m.
Defendant is sworn and questioned by the Court.
Defendant enters a plea of guilty as to Counts 1 and 2 of the Superseding Bill on Information.
Waiver of Indictment executed.
Reading of the Superseding Bill of Information is waived.
Defendant is informed of the maximum penalties.
Defendant is informed of sentencing guidelines.
Defendant informed of rights to trial by jury or the court and waived same.
Government submits the factual basis and same is filed.
Plea accepted and defendant is ADJUDGED GUILTY pursuant to his plea of guilty.
Court ORDERS a pre-sentence investigation.
**Sentencing set for March 10, 2020 at 10:00 a.m.**
The pretrial conference and trial of this defendant are cancelled.
Defendant remanded into the custody of the U.S. Marshal.
Case recessed at 11:03 a.m.