MINUTE ENTRY
GUIDRY, J.
September 21, 2021

JS-10 – 00:27

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 19-83 |
| JUAN ARMSTEAD | SECTION: "T" |

## VIRTUAL SENTENCING

Court Reporter: Toni Tusa
Courtroom Deputy: Dedra D. Pongracz

PRESENT:   Duane Evans, Counsel for the government
Jerrod Edward Thompson-Hicks, Counsel for defendant
Renee Williams, U. S. Probation
Darren Vogt, USSS, ASAIC
Juan Armstead, defendant

Case called 10:44 a.m..

Written Waiver to proceed virtually was previously provided by defendant and confirmed on the record.

Defendant present virtually.

The Court heard argument on objections to the Presentence Investigation Report.

Defendant sentenced to counts 1 and 2 of the Superseding Bill of Information.

Counts dismissed on oral motion of the United States as to defendant: counts 1 and 2 of the original Indictment.

See Judgment for sentence imposed.

Defendant remanded.

Court adjourned at 11:11 a.m.